**IT IS ORDERED as set forth below:**

Date: June 27, 2013

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: 12-74126WLH |
| TERESA LYNNE CRANE, | CHAPTER 13 |
| Debtor. | |

### ORDER VACATING DISMISSAL

This matter is before the Court on Debtor's "Motion to Reconsider Dismissal Order" ("the Motion") which was filed in the above –styled Chapter 7 on April 22, 2013. The Motion seeks to Vacate the Order of Dismissal and Re-impose the Automatic Stay to allow the debtor to file the necessary amendments and to cure the deficient plan payments. A hearing was scheduled for May 15, 2013 and Attorney for the Debtor contends service of the motion and notice were proper. Counsel for the Debtor presented argument before the Court regarding the

1

reasons for which vacating the order was proper and counsel for the Chapter 13 trustee, nor any other party in interest has objected.

    IT IS HEREBY ORDERED that the "Motion to Reconsider Dismissal Order" is GRANTED.  This Order of Dismissal entered  March 15, 2013 is Vacated , the Automatic Stay is re-imposed.   Debtor must bring all payments current prior to the confirmation hearing. Debtor's counsel shall re-notice the Confirmation Hearing for July 31, 2013 at 01:45 PM at Courtroom 1403, Atlanta.

**END OF DOCUMENT**

Prepared by:


/s/Karen Scott Greene
Karen Scott Greene
Attorney for Debtor
Ga Bar # 632153
Karen Scott Greene, P.C.
521 Scenic Highway
Lawrenceville,   Georgia 30046
(770) 761-4704

No opposition:

/s/__*with express permission*_____
Julie Anania
Attorney for Chapter 13 Trustee
Georgia Bar #  477064
Nancy J Whaley,  13 Trustee
Suite 120, 303 Peachtree Street
Atlanta, Georgia 30303

2

DISTRIBUTION LIST

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave., Suite 120
Atlanta, GA  30303

Karen Scott Greene, P.C.
521 Scenic Highway
Lawrenceville, GA 30046

Teresa Lynne Crane
1223 Cedars Road
Lawrenceville, GA 30045